FILED

10/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0233

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0233

_____

IN RE THE MARRIAGE OF:

ESTATE OF PAMELA PASTEUR HATCH,

     Co-Petitioner and Appellee,

and

          O R D E R

JEFFERY D. HATCH,

     Co-Petitioner and  Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Jeffrey D. Hatch, to all counsel of record, and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2022